BEFORE THE THIRD DIVISION, FEBRUARY 28, 1952

**No. 56442.**—Vintage Wines, Inc. *v.* United States, protest 178156–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

**No. 56443.**—Chong Lung Co. et al. *v.* United States, protests 167298–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56444.**—Gat Cheung Co. et al. *v.* United States, protests 169430–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56445.**—August F. Stauff Co. *v.* United States, protest 178154–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty in not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found.   The protest was sustained to this extent.

**No. 56446.**—J. S. Carulli Company *v.* United States, protest 169742–K (New York).

Opinion by JOHNSON, J.   At the trial a witness for the plaintiff testified that bale No. 175, reported by the discharging inspector as "manifested not found," was not in fact received by the importer.   In view of the evidence in this case and following *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty is not assessable upon such portion of the merchandise as was reported by the inspector as manifested not found.   The protest was sustained to this extent.